

NUMBER 13-14-00449-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **TEXAS FARMERS INSURANCE COMPANY AND FARMERS INSURANCE EXCHANGE,** | **Appellants,** |
| **v.** | |
| **CRAIG S. SMITH, INDIVIDUALLY AND AS NEXT FRIEND OF M. W. F. S., C. S. S., AND J. E. S., MINOR CHILDREN, MARLON BRUNO, MARY BOS AND LARRY BOS,** | **Appellees.** |

### On appeal from the 105th District Court of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Perkes
### Memorandum Opinion Per Curiam

Appellants, Texas Farmers Insurance Company and Farmers Insurance Exchange, perfected an appeal from a judgment entered by the 105th District Court of Nueces County, Texas, in cause number 09-6360-D. Appellants have filed a motion to

dismiss the appeal on grounds that the order upon which this appellate proceeding is based has now been vacated, rendering this appeal moot. Appellants request that this Court dismiss the appeal in its entirety as moot.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
15th day of January, 2015.